# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>ADVANCE AMERICA, a business of unknown form; RAMIN FARZAM, an individual; and Does 1-10,<br><br>        Defendants. | Case No.: CV 18-3615-DMG (PJWx)<br><br>**ORDER OF DISMISSAL OF ENTIRE CASE WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) [33]** |

The Court, having considered the parties' Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), dismisses the above-captioned action, in its entirety, with prejudice. The parties shall bear their own respective fees and costs.

**IT IS SO ORDERED.**

DATED: September 25, 2018

                                            DOLLY M. GEE
                                            UNITED STATES DISTRICT JUDGE